AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| United States of America | ) |
|---|---|
| v. | ) |
| Shanlin Jin | ) Case No. 4:21MJ65 |
| | ) |
| | ) |
| Defendant(s) | ) |

FILED
JAN 24 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/13/2020 - 1/12/2021__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Christopher W. Thompson, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __01/24/2021  1:30 pm__

_____
Judge's signature

City and state: __McKinney, Texas__   Christine A. Nowak, U.S. Magistrate Judge
Printed name and title