IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21MJ65 |
| | § | |
| SHANLIN JIN | § | |

**ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and the Sheriff of the Collin County Jail, in McKinney, Texas, shall produce and have the body of **Shalin Jin, Sheriff's Office Number 379853,** Defendant herein, who is detained in the custody of the Sheriff of the Collin County Jail, in McKinney, Texas, before the United States District Court for the Eastern District of Texas, in Sherman, Texas, instanter, said Defendant to appear for an Initial Appearance and for all further proceedings upon an Indictment pending in the above-styled cause; and to return said **Shanlin Jin**, Defendant herein, to the custody of the Sheriff of Collin County Jail, under

safe and secure conduct at the conclusion of all of said proceedings hereafter ordered by this Court, and have you then and there this Writ.

**SIGNED this 25th day of January, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE