| | |
|---|---|
| DATE  1/26/2021 | CASE NUMBER  4:21MJ65-1 CAN |
| LOCATION  Sherman | USA _____ Assigned |
| JUDGE  Christine A. Nowak | V  Marisa Miller  Appeared |
| DEPUTY CLERK | **FILED** |
| COURT REPORTER Digital Recording | Shanlin Jin |
| USPO: L. Dudley | Defendant |
| Interpreter: V. Josh | JAN 2 6 2021 |
| BEGIN: 10:43 a.m. / 10:56 a.m. | Attorney |
| | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS |

☑ **INITIAL APPEARANCE ON COMPLAINT**      **VIA VIDEOCONFERENCE**

☑ Defendant Sworn      ☑ Interpreter Required & sworn

☐ Dft signs Consent to Proceed by Videoconference, and defense counsel requests and authorizes court to affix signature.

☑ Dft appears: ☐ with  ☑ without counsel   ☐ pro se    ☐ Counsel appears on behalf of defendant
Appears on: ☑ Complaint

☑ Date of arrest: 1/24/2021
☑ Dft  ☑ advised of charges, penalties, and rights

Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☐ Federal Public Defender appointed
Attorney: _____

☑ Defendant advises the Court that he/she ☐ has counsel:_____ or, ☑ will hire counsel.
☐ Defendant requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ U.S. Pub Defender _____ appointed
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.

☐ Defendant waived preliminary hearing
☑ Preliminary hearing set for 1/29/2021  1:30 p.m. (in person)

☑ Govt oral motion for detention  ☐ Govt oral motion for continuance     ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue preliminary and detention hearing    ☐ Oral Order granting ☐ Oral Order denying
☑ Detention Hrg set 1/29/2021  1:30 p.m. (in person)

☐ Order setting conditions of release   ☐ Bond executed; dft released   ☐ Not executed at this time

☐ Dft signed Waiver of Detention Hearing. Defense counsel requests and authorizes court to affix signature.

☐ Defendant released on Conditions of Release

☑ Defendant remanded to the custody of the United States Marshal.