

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR48 |
| | § | Judge Mazzant |
| SHANLIN JIN | § | |

**FACTUAL BASIS**

The defendant, **Shanlin Jin**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **Shanlin Jin (Jin)**, who is changing his plea to guilty, admits that he is the individual charged in the Indictment.

2. As charged in Count Three of the Indictment, on or about January 12, 2021, in the Eastern District of Texas, **Jin** did knowingly possess material, namely, an Alienware desktop computer bearing service tag number 99FF4Z2, that contained one or more images of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and which was produced using materials which had been mailed, shipped, or transported in or affecting interstate and foreign commerce, by any means, including by computer.

3. Specifically, **Jin** knowingly possessed files of child pornography using the Internet, a peer-to-peer file sharing application, and his Alienware desktop computer. Included among the files **Jin** possessed were the following:

| FILE NAME | DESCRIPTION |
|---|---|
| ▉(466).avi | This 2-minute, 6-second video depicts a prepubescent female blindfolded and lying nude on her back while a dog licks her vagina. An adult male then places his penis in the female's mouth and digitally penetrates her vagina. |
| B305066.avi | This 3-minute, 40-second video depicts an adult female performing oral sex on a prepubescent toddler female and inserts a foreign object into the child's vagina. |
| 3岁小女孩磨阴.rm | This 6-minute, 41-second video depicts an adult male vaginally and anally penetrating a prepubescent toddler female with his penis. The child also performs oral sex on the adult male. |
| ▉hff2.wmv | This 48-minute, 58-second video is a compilation depicting multiple prepubescent females being vaginally and anally penetrated by the penises of adult males. |

4. **Jin** knew that the images and videos he possessed and distributed depicted children engaged in sexually explicit conduct and did constitute child pornography. **Jin** also knew that he possessed and distributed more than 600 images and videos of child pornography, including files depicting prepubescent minors, and depictions of sadistic or masochistic abuse or other depictions of violence, or the sexual abuse or exploitation of an infant or toddler.

5. **Jin** admits that he committed the offense described in the Indictment at a residence in Allen, Collin County, Texas within the Eastern District of Texas.

6. **Jin** used computer equipment, including the following devices to possess and distribute the images and videos:

   a. Alienware desktop computer, bearing service tag # 99FF4Z2;

2

      b.     Samsung 1TB solid state drive, bearing serial number S599NE0M8284712;

      c.     Toshiba 1024GB NVMe storage device, bearing serial number 79PA21RXK6CN; and

      d.     Western Digital 6TB hard drive, bearing serial number V8HJK6VR; and

      e.     Samsung 250GB solid state drive, bearing serial number S3YHNGAJC09887T.

7.    **Jin** recognizes that his Alienware desktop computer was not manufactured in the State of Texas and was therefore itself transported in interstate and foreign commerce.

## SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT SHANLIN JIN

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 12/15/2021

_Shanlin Jin_
SHANLIN JIN
Defendant

## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 12/16/21

_[signature] For SHAOMING CHENG_
SHAOMING CHENG
Attorney for Defendant

Dated: 12/16/21

_[signature] For PAUL SAPUTO_
PAUL SAPUTO
Attorney for Defendant