IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | DOCKET NO. |
| Plaintiff, | § § | |
| v. | § § | 4:21-CR-00048-ALM-CAN |
| SHANLIN JIN, | § § § | |
| Defendant. | § | |

**DEFENDANT'S CARACTER LETTER FOR SENTENCING HEARING**

| | |
|---|---|
| MARISSA MILLER<br>United States Attorney<br><br>COUNSEL FOR PLAINTIFF | SAPUTO PLLC<br>PAUL SAPUTO<br>Texas Bar No. 24083792<br><br>SHAOMING CHENG<br>Virginia Bar No. 80218<br><br>COUNSEL FOR DEFENDANT |

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Shanlin Jin, Defendant in the above-styled and numbered cause, hereby submits his attached Character Letter from Defendant's mother in regarding to the sentencing hearing scheduled on July 14, 2022 at 9:15 a.m.

    Respectfully submitted,

    SAPUTO PLLC

    /s/ Paul Saputo
    By: Paul Saputo
    Texas Bar No. 24083792
    Email paul@saputo.law
    2828 N. Harwood St. Suite 1950
    Dallas, TX 75201
    *Tel. (888) 239-9305*
    *Fax (888) 236-2516*

    /s/ Shaoming Cheng
    By: Shaoming Cheng
    Cheng Yun Law PLLC
    6088 Franconia Road
    Suite D
    Alexandria, VA 22310
    *Telephone: (703)887-6786*
    *Fax: (888) 510-6158*
    E-mail: jcheng@chengyunlaw.com
    *Pro Hac Vice*

    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Defendant's Character Letter was served via email to Marisa Miller at marisa.miller@usdoj.gov.

    /s/ Shaoming Cheng
    By: Shaoming Cheng

## PETITION FOR THE EARLY RETURN OF MR. SHANLIN JIN

Your honor:

My name is Lixin He, I am the mother of Mr. Shanlin Jin. I am truly appreciated that you allow Attorney Shaoming Cheng to present my petition.

It was surprisingly shocking and very hard to believe when I was informed that Shanlin Jin has violated the criminal law in the U.S. Shanlin is simple, kind and sympathetic. While he was a child, he cried over a injured bird; after he grow up, he becomes warm, considerate and helpful. He always encourages and comforts his friends and classmates whom suffered from family trauma or other life issues.

However, as an introvert, Shanlin was diagnosed with mild Tourette syndrome and temporary symptoms of autism. In collage, he had a tendency to depression due to the break up with his childhood sweetheart girlfriend. During the Covid-19 pandemic, Shanlin has to bear the loneliness all by himself, he was unable to united with his family in China, especially when he was told that his beloved grandmother, whom he has a deep emotional bond with, has been receiving emergency treatments in the hospital and was diagnosed with hemiplegia. Shanlin was so worried that he may not be able to see his beloved grandmother one last time before something worse could happen, therefore, he told his grandmother's situation to the school and asked his teacher's permission for leaving for China to visit his grandmother, he was preparing to get back to China at that time. But under the circumstances that he may not be able to return to school in the U.S. due to his visa is about to expire and the pandemic is getting worse, Shanlin abandoned his trip to China. In the thoughts and worries about his sick grandmother, and the fears and anxiety to the pandemic, Shanlin starts to having psychology problems by living under immense pressure.

Meanwhile, Shanlin has serious health problems. He was born with congenital deficiency. At his birth, he got asphyxia and breath weak and irregular with secondary hyperbilirubinemia and purulent

herpes, and was transferred between different hospitals for medical rescue (Please see Attachment 1). I have a family history of pulmonary dysfunction, that caused multiple nodules and other lesions to my lungs (Please see Attachment 2). Shanlin's grandfather and uncle have suffered from tuberculosis and other diseases. Shanlin's lung capacity is very small, at the age of 12, in his physical examination, his lung capacity was 1538ml(Please see Attachment 3). The number is much lower than the average number of lung capacity of males and females of his age (2077ml for females and 2200mlfor males). He also suffers from long-term chronic rhinitis.

    In January 2020,Shanlin left China for Dallas, ever since then, his immunity system was impaired due to the continuous influence of mental pressure, such as loneliness, anxiety and fear. The impaired immunity system also caused him frequent colds and severe coughs. He is 6' 3", however, his weight has reduced significantly from 170 pounds to 141 pounds. His health is deteriorating day by day. He recently got cold again and it has been several weeks. Even though he took the medicines, there was no sign of recovery. The symptoms have developed into the pulmonary infection caused pneumothorax tension which could be the life-threatening diseases. He was hospitalized for surgery on February 8, 2022 (Please see Attachment 4).

    When I was told that my beloved child was hospitalized for serious and severe diseases and those diseases could even take his life away from me, I nearly collapsed and my heart was ripped out.I even fainted because my long-term headache go so much worse after knowing that my child was taken into the hospital.

    I realized that Shanlin Jin's wrongdoings of downloading and obtaining illegal and harmful videos, I also encouraged him to plead guilty over the phone calls with him. But, my child has been suffering from severe cough for a month and a half with no sign of recovery, not to mention that pneumothorax is a severe disease which may leading to rapid death of the human. Especially if the repeated pulmonary infection combines with basal diseases, my child is highly likely to have pneumothorax relapse.

    As a mother, I am very worried about my child's physical and psychology health, also his 88-

year-old sick grandmother and his 82-year-old leg-disabled grandfather all miss Shanlin very much. Every time they are in the phone call with Shanlin, they wish to see him as soon as possible.

As Shanlin Jin's family, we are all in the respect of the judgment of this honorable court. However, after the issuance of the judgement, we do wish that your honor could grant and allow Shanlin Jin to return to China to receive physical treatment and psychological counseling therapy under the parental supervision, to save this helpless child from suffering from the internal pain and help this helpless and exhaustedchild get well soon.

Shanlin Jin is willing to accept the community-based rectification from the judiciary, public security organs and community organizations in the area where he lives in China, and he is also willing to participate in relevant community service activities actively. He will take the responsibility to correct himself by serving and helping others as well as devoting himself in the above-mentioned community-based rectification. My family will actively cooperate with the relevant departments to fulfill the supervising responsibilities.

Comparing to serving his time in the U.S., receiving physical treatment and psychological counseling therapy under the parental supervision in China could be a more reasonable way for young people to turn over a new leaf.

We truly wish that your honor and this honorable court could consider my proposal as the substitution for the punishment of Shanlin Jin.

I truly appreciated your time and patience!

Petitioner: *LIXIN HE*
LIXINHE (Signature)

February 28, 2022

List of Attachments

Attachment 1: Inpatient medical records of Shanlin Jin in Beijing Anzhen Hospital, Capital Medical University when he was born in 1998, and discharge summary after his transfer to the First Hospital of Beijing Medical University.

Attachment2: Lung diagnosis of Shanlin Jin's mother Lixin He in 2021 physical examination report.

Attachment 3: Health physical examination result feedback form (including lung capacity data and evaluation) of Shanlin Jin in Grade 2 (2010, 12 years old), YouthClass 16, Beijing No.8 Middle School.

Attachment 4: Discharge report after Shanlin Jin's rescue surgery for severe tension pneumothorax in 2022.

Attachment 1:

# Anzhen Hospital Inpatient Medical Records Home Page

NAME  Lixin He        GENDER   female        BIRTH DATE    March 11, 1970        AGE   29        MARITAL STATUS  married

Profession  N/A      BIRTH PLACE   Hunan        NATION   Han        COUNTRY  China        ID NUMBER 420111700311405

COMPANY ADDRESS    N/A                                    TEL:    N/A          POST CODE N/A

ACCOUNT ADDRESS    2105, 29th Floor, Zone 1, Anhua Xili, Chaoyang District, Beijing        POST CODE   10011

CONTACT NAME    Yangping Jin      RELATION  spouse    ADDRESS    2105, 29th Floor, Zone 1, Anhua Xili, Chaoyang District, Beijing   TEL: 64253893          TEL: 64253893

Admission date   June 28, 1998            Discharge date  July 4, 1998              Actual days in hospital   6

Admission Department: Obstetrics and Gynecology     Ward: Eleven     Transfer time: N/A    Discharge Department: Obstetrics and Gynecology

Outpatient Diagnosis: Maternity, Term Pregnancy , LOA,  Omen of Childbirth      Condition on admission: general

Admission Diagnosis: Maternity, Term Pregnancy , LOA,  Omen of Childbirth      Date of confirmation: June 28, 1998

# Hospital Discharge Diagnosis

Main diagnosis: delayed fetal head descent, cured

Other diagnosis: persistent occipital transverse position cured, ICD-9 code 660.3

    maternity, term pregnancy, forceps delivery, ROT-ROA, cured, ICD-9 code 669.5

    one live male infant Other ICD-9 code 127.0

    Secondary uterine atony cured, ICD-9 code 661.1

    Neonatal mild asphyxia cured, ICD-9 code 768.9

    Neonatal hyperbilirubinemia unhealed, ICD-9 code 774.6

Nosocomial Infection:  N

External causes of injury and poisoning:  N

Medicine Allergy: N

Number of rescues: N       Number of successful attempts: N    Number of accompany:2  Accompanying period:  N       Autopsy:2  1.Y  2.N

Diagnosis compliance:   Outpatient and discharge:    Admission and discharge :   Preoperative and postoperative:    Radiology and pathology:

    Clinic and Pathology     Fill in with numbers:          0. N         1. Compliant         2. Not Compliant     3. Uncertain

    Director::   Hui WANG    Attending physician：Hui WANG  Resident Physician： Jia LIN   coder：Wei JIANG

# Summary of Discharge from the First Hospital of Beijing Medical University

Medical record number: 511989

Name: Son of Lixin He    Gender: Male    Age: 10 days

Admission date: July 3, 1998    Discharge date: July 8, 1998    Total hospitalization for 5 days

Hospital admission summary and preliminary conclusion: Second child, 41 weeks gestation, forceps delivery was performed. Asphyxia occurred after birth, and the Apgar score was 6 in 1 minute. Pale skin, hypotonia, weak and irregular breathing, red skin after 2-3 minutes of oxygen inhalation, and Apgar score of 10 at 5 and 10 minutes. On the second day after birth, yellow staining of the face and sclera gradually aggravated. The day before admission, small yellow pustules were found on the face, trunk and both upper and lower limbs, which gradually increased without fever. Physical symptoms: body temperature is 36.7℃, mental response is good, breathing is stable, no cyanosis around the mouth, severe yellowing of the whole body skin, rice grain-sized papules and pustules can be seen on the whole body skin. The head circumference is 36cm, and the front is flat and soft. A large number of yellow-white secretions were seen in both eyes, conjunctival hyperemia, and yellow staining of sclera. Cardiopulmonary examination was normal, and neurological examination was normal.

Preliminary diagnosis: 1. Neonatal hyperbilirubinemia; 2. Neonatal impetigo; 3. Conjunctivitis; 4. Neonatal mild asphyxia.

Diagnosis process and effect: After admission, total blood bilirubin was 331.74 μmol/L, the direct bilirubin was less than 13.68 μmol/L, white blood cells were 14.0×109/L, leaflet: 53%, Lymph 43%. Brain B-ultrasound showed no abnormality. After admission, electrolytes: K+: 5.4mmol/L, Na+: 142mmol/L, CL: 111 mmol/L, Ca+: 2.5mmol/L., Glu: 3.8mmol/L. After admission, he was given Ceftriaxone sodium for injection and chloramphenicol eye drops for eye drops, oral Phenobarbital tablets and Bunzhihuang oral liquid, phototherapy and other treatments, during which diarrhea was treated with Smecta and Miya. Now the general condition of the child is good, the body temperature is normal, the milk is good, the stool is yellow and soft, the yellow skin is relieved, the overall mental response is good, the total bilirubin is 110.30 μmol/L, and the direct bilirubin is 13.68 μmol/L. And conjunctivitis subsided, can be discharged, outpatient follow-up.

Final Diagnosis: Major Disease: Neonatal Hyperbilirubinemia

Concomitant diseases: neonatal pustules, neonatal conjunctivitis

Suggestion: (precautions after discharge, advice on future treatment and recuperation)

1. Miya 1/3 bag for 7 days

Montmorillonite Powder 1/3 bag 7 days supply

75% alcohol topical paint

2. The child had mild craniomalacia at the top of the head, and was followed up in the outpatient department after discharge.

Physician's signature: Xia LI  July 8, 1998

Attachment 2:

首都医科大学附属
**北京友谊医院**

BEIJING FRIENDSHIP HOSPITAL

Affiliated to CAPITAL MEDICAL UNIVERSITY

医疗保健中心

# 健康体检报告
## HEALTH EXAMINATION REPORT

| | | | |
|---|---|---|---|
| NAME | Lixin HE | GENDER | Female |
| AGE | 51 | DATE | May 11, 2021 |
| NUMBER | 02737077 | TEL | 15910958745 |

CMBC China Minsheng Banking Corp Ltd (Trade Union)



7

# MEDICAL HEALTH CENTER1 HEALTH REPORT

Examiner: Zhenzi Wa

### Request for chest CT scan1

Examination findings: bilateral thoracic symmetry, clear bronchovascular bundles in both lungs, and slightly thick apical membranes in both lungs. Multiple small calcifications were seen in the apical segment of the upper lobe of the right lung and in the lower lobes of both lungs. Several tiny nodules with a diameter of about 0.2-0.4 cm were seen in the posterior segment of the left upper lobe apex, the lingual segment, and the outer basal segment of the right lower lobe; in the outer basal segment of the right lower lobe, there were small cords, consolidation shadows, and small clusters. nodules. A few cord shadows in the right middle lobe. There were no abnormally enlarged lymph nodes in the hilar area and mediastinum on both sides: the trachea and large bronchi were unobstructed, there was no pleural effusion, and the heart was not large.

Diagnosis: Compared with chest CT on 2019-09-10: 1. Lesion in the outer basal segment of the right lower lobe, more than before, is it an infectious disease? 2. Multiple tiny nodules in both lungs, roughly the same as before, annual re-examination is recommended; 3. Right middle lobe cord, calcification in both lungs, roughly the same as before, old lesions are possible; 4. Bilateral pleura Localized thickening, as before.

DOCTOR:

### Request for head CT Scan

Examination findings: the skull morphology was normal, and there were no obvious abnormal density areas and morphological changes in the brain parenchyma. The ventricular system, sulci, fissures, and cisterns were normal. The midline structure is centered.

Diagnosis: There was no obvious abnormality in the head CT scan.

DOCTOR:

ADDRESS: 95 Yongan Road, Xicheng District, Beijing

POST CODE. 10050    NUMBER: 02737077   NAME: Lixin He   DATE: May 11, 2021 PAGE 11 of 1

8

Attachment 3:

# Feedback form of physical check-up results of A Beijing Student

Xicheng District(District or County) <u>NO.8 Middle School</u>(School) <u>Second grade</u>(Grade) <u>16</u>(Class) (Name)<u>Shanlin Jin</u>

| Physical examination items | Physical examination results | Evaluation | Feedback suggestions |
|---|---|---|---|
| Height（cm） | 160.6cm | Normal | Take more exercise |
| Weight（kg） | 38.5kg | Normal | |
| Growth and nutrition | innutrition | Innutrition | Please pay attention to the adjustment |
| Vital Capacity(ml) | 1538ml | Low-grade | Take more exercise |
| Blood presure(mmHg) | 90/60mmHg | Normal | Please maintain |
| Pulse rate（beats/minute） | 86 | Normal | Please maintain |
| Vision Left | 4.2 | Poor vision | It is recommended to see a doctor and get treatment under the guidance of a doctor. |
| Vision Right | 4.1 | | |
| Color vision | Normal | Normal | Maintain |
| Trachoma Conjunctivitis | N | N | Maintain |
| Oral cavity | 0 permanent movable teeth, 1 had been filled, and 0 caries lost | Seek medical advice and treat under the supervision of a doctor | oral cavity |
| | 0 movable deciduous teeth, 0 have been filled, and 0 have been lost | | |
| Heart | Normal | Normal | Please maintain |
| Lung | - | - | Please maintain |
| Liver and spleen | Not palpable | Not palpable | Please maintain |
| Head and neck | Normal | Normal | Please maintain |
| Chest | No abnormalities in the thoracic cage | No abnormalities in the thoracic cage | Please maintain |
| Spine | Normal | Normal | Please maintain |
| Lymphodermia | （1） | （1） | Maintain |
| Hemoglobin | 141G/L | Normal | Maintain |
| Stool examination | | | |
| Liver function tests | | | |
| PPD experiment | | | |
| Physical examination agency | Primary and secondary school health care center of Xicheng District | | |
| The evaluation results of nutritional status are based on 《The evaluation standard of height and weight in 1985》, and other evaluations are based on 《The evaluation standard of BMI in 2005》 | | | |

Attachment 4:



# Fax

| **To:** | WELLPATH | **From:** | Felipe Laureano |
|---|---|---|---|
| **Fax:** | 6158152769 | **Pages:** | 3 |
| **Re:** | DC Summary | **Date:** | 2/18/2022 12:22:43 PM |
| | | **Phone:** | 214-820-7978 |
| | | **Fax:** | 214-820-7979 |

Comments:

REF# 16270456

The information contained in this facsimile may be privileged and/or confidential, and protected from disclosure, and no waiver of any attorney-client, work product, or other privilege is intended. If you are the intended recipient and need further information, please contact the sender. If you are not the intended recipient (or have received this facsimile in error) please notify Baylor Scott & White Health's Corporate Compliance Department at 866-218-6920 immediately. Any unauthorized copying, disclosure or distribution of the material in this facsimile is strictly forbidden and possibly a violation of federal or state law and regulations. The sender and Baylor Scott & White Health, and its affiliated entities, hereby expressly reserve all privileges and confidentiality that might otherwise be waived as a result of an erroneous or misdirected facsimile transmission. No employee or agent is authorized to conclude any binding agreement on behalf of Baylor Scott & White Health, or any affiliated entity, by facsimile transmission without express written confirmation by the CEO, the Senior Vice President of Supply Chain Services or other duly authorized representative of Baylor Scott & White Health.



# VISIT SYNOPSIS

Created By: Felipe Laureano

| PATIENT INFORMATION | | |
|---|---|---|
| Name: JIN, SHANLIN (M) | DOB: 06/29/1998 | Patient Status: Inpatient |
| Presentation Date and Time: 02/08/2022 10:56 | Admission Date and Time: 02/08/2022 11:02 | Discharge Date and Time: 02/17/2022 15:52 |
| Primary Payer Name: COLLIN COUNTY DETENTION CENTER | Primary Member/Subscriber ID: 833033797 | Primary Payer Authorization Number: 16270456 |
| Secondary Payer Name: None | | |
| Facility: BSW Medical Center - McKinney | Facility Tax ID: 75-1037591 | Facility NPI: 1124305065 |
| Attending Physician: PHAM, KHOI MAI | | |

//

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this

Name: JIN, SHANLIN (M)    MRN: 17405356    Account Number: 67000331748    Admission Date: 02/08/2022

## Discharge Summary - Physician 02/17/2022 12:49

HOSPITAL DISCHARGE SUMMARY
Patient Name: Shanlin Jin
Patient MRN: 17405356
Patient DOB: 6/29/1998
Admit date: 2/8/2022
Discharge Date: 2/17/2022
Discharge Diagnoses
Principal Problem (Resolved):
  Tension pneumothorax, spontaneous
Active Problems:
  Blurry vision, left eye
Brief Reason for Hospitalization
This is a 23 y.o. male who presented with SOB.
# TENSION PNEUMOTHORAX
-spontaneous, status post pleurodesis on 2/11 with Cardiothoracic surgery Dr. Cook
-tube clamp today, discussed with Cardiothoracic surgery, want to monitor overnight
2/17: repeat CXR stable, Dr Cook ok to dc and f/u in 2 wks. Pt is fit for confinement
# LEFT EYE BLURRY VISION:
-develop at 2/11 initially with left eye blurry vision has remained relatively stable per patient, will follow-up outpatient with Ophthalmology Dr. Khetpal once ready for discharge
-MRI orbits and brain unremarkable
-ultrasound carotids unremarkable
-patient overall with no focal neurologic deficit
-empiric aspirin and statin for now
Hospital Course
As above
Consults
Procedures
Vital Signs
BP 115/66    Pulse 89    Temp 97.8 °F (36.6 °C)    Resp 20    Ht 188 cm (74")
Wt 64 kg (141 lb 1.5 oz)    SpO2 95%    BMI 18.11 kg/m²
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.
Neck: Normal range of motion and neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension. There is no abdominal tenderness.

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this

Name: JIN, SHANLIN (M)    MRN: 17405356    Account Number: 67000331748    Admission Date: 02/08/2022

**Musculoskeletal:** Normal range of motion. No edema.
**Neurological:** He is alert and oriented to person, place, and time. No cranial nerve deficit.
**Skin:** Skin is warm and dry.
**Psychiatric:** He has a normal mood and affect.
**Discharge Condition**
Fair
**Discharge Diet**
Diet Instructions
 Discharge Diet (Adult)
 Diet Type: Heart Healthy
**Discharge Activity**
Patient Instructions
 Progress Mobility As Tolerated
**Discharge Medications**
Medication List
START taking these medications
aspirin 81 MG EC tablet
Take 1 tablet (81 mg total) by mouth daily.
Start taking on: February 18, 2022
atorvastatin 40 MG tablet
Commonly known as: LIPITOR
Take 1 tablet (40 mg total) by mouth nightly.
Where to Get Your Medications
Information about where to get these medications is not yet available
Ask your nurse or doctor about these medications
· aspirin 81 MG EC tablet
· atorvastatin 40 MG tablet
Signed &amp; Held Discharge Readmit Med Orders (From admission, onward)
 None
**Discharge Disposition**
Court/Law Enforcement
**Follow Up**
Khoi Mai Pham, DO
2/17/2022
12:49 PM
Discharge time greater than 32 minutes spent in co-ordinating care, reviewing care and discussing instructions with patient and arranging follow up. Patient advised on following up on pending results with PCP/ post hospital discharge clinic. Patient educated on the adverse effects of the medications and report to PCP if and when they happen.

This document contains protected health information deemed confidential by HIPAA regulations. It is intended only for the use of individuals authorized to view this